HILL RIVKINS LLP
102 South Broadway
South Amboy, NJ 08879-1708
Tel.: 732-838-0300
*Attorneys for Defendant/Counterclaim Plaintiff,*
*CHANNEL SOURCE, INC.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NU-WORLD CORP., | Civil Action No. 2:14-cv-08070-CCC-JBC |
| Plaintiff/Counterclaim Defendant, | |
| -against- | **NOTICE OF MOTION FOR *PRO HAC VICE ADMISSION*** |
| CHANNEL SOURCE, INC., | |
| Defendant/Counterclaim Plaintiff. | |

To:   GREENBAUM, ROWE, SMITH & DAVIS LLP
      Attorneys for Plaintiff/Counterclaim Defendant, Nu-World Corp.
      73 Livingston Avenue, Suite 301
      Roseland, New Jersey 07068

**PLEASE TAKE NOTE THAT** Defendant/Counterclaim Plaintiff, CHANNEL SOURCE, INC., by its attorneys, Hill Rivkins LLP, will move this Honorable Court as soon as counsel may reasonably be heard, at the United States District Court before the Honorable James B. Clark, III, U.S.M.J., in Courtroom 1 of the U.S. Post Office & Courthouse Building, 2 Federal Square, Newark, NJ 07101, for an Order granting the Motion of Channel Source, to admit Mark W. Romney, Esq. for Admission as Counsel *Pro Hac Vice*.

**PLEASE TAKE FURTHER NOTICE** that Skyline relies upon the Certifications of John J. Sullivan and Mark W. Romney submitted herewith.

1

Dated: February 10, 2015
South Amboy, New Jersey

        Respectfully submitted,

By: _____
     John J. Sullivan
     HILL RIVKINS LLP
     Attorney(s) for Defendant/Counterclaim Plaintiff,
     Channel Source, Inc.
     102 South Broadway
     South Amboy, New Jersey 08879
     732-838-0300