HILL RIVKINS LLP
102 South Broadway
South Amboy, NJ 08879-1708
Tel.: 732-838-0300
*Attorneys for Defendant/Counterclaim Plaintiff,*
*CHANNEL SOURCE, INC.*

UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NU-WORLD CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> -against- <br><br> CHANNEL SOURCE, INC., <br><br> Defendant/Counterclaim Plaintiff. | Docket No.: 14-cv-08070-CCC-JBC <br><br> **CERTIFICATION OF MARK W. ROMNEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

MARK W. ROMNEY, of full age, hereby declares as follows:

1. I am the owner of Mark W. Romney, P.C. d/b/a Romney Law Firm, counsel for Channel Source, Inc. ("Channel Source") in the above-captioned matter.

2. This Certification is submitted in support of Channel Source's motion for my admission *pro hac vice* in this matter.

3. I principally practice law in Dallas, Texas, at the office of Romney Law Firm located at 900 Jackson Street, Suite 750, Dallas, Texas, 75202. I received a B.S. degree from Brigham Young University in August 1977 and a J.D. degree from the University of Arizona in May 1981. I am a member in good standing of the State Bar of Texas and have been since my admission in April 1991.

4. The office maintaining the roll of members for the State Bar of Texas is The Board of Law Examiners, State Bar of Texas, 1414 Colorado St., Austin, TX 78701.

5. I am an inactive member of the State Bar of New Mexico and have been in good standing since my admission in October 1981.

6. The office maintaining the roll of members for the State Bar of New Mexico is the The New Mexico Supreme Court, P.O. Box 848, Santa Fe, New Mexico, 87504-0848.

7. I am an inactive member of the State Bar of Arizona and have been in good standing since my admission in October 1981.

8. The office maintaining the roll of members for the State Bar of Arizona is the The Arizona Supreme Court, 1501 W. Washington, Suite 402, Phoenix, AZ 85007-3232.

9. I am a member in good standing of the Bar of the United States District Court for the District of Arizona and have been since my admission in 1983.

10. The office maintaining the roll of members for the United States District Court for the District of Arizona is the Admissions Clerk, United States District Court for the District of Arizona, 401 W. Washington, Suite 130, Phoenix, AZ 85003-2118.

11. I am a member in good standing of the Bar of the United States District Court for the Northern District of Texas and have been since my admission in April, 1990.

12. The office maintaining the roll of members for the United States District Court for the Northern District of Texas is the Clerk's Office, United States District Court for the Northern District of Texas, 1100 Commerce Street, Dallas, TX 75242.

13. I am a member in good standing of the Bar of the United States District Court for the Eastern District of Texas and have been since my admission in 1998.

14. The office maintaining the roll of members for the United States District Court for the Eastern District of Texas is the Attorney Admissions Clerk, United States District Court for the Eastern District of Texas, 300 Willow, Room 140, Beaumont, TX 77701.

15. I am a member in good standing of the Bar of the United States District Court for the Southern District of Texas and have been since my admission in 2007.

16. The office maintaining the roll of members for the United States District Court for the Southern District of Texas is Attorney Admissions, United States District Court for the Southern District of Texas, P.O. Box 61010, Houston, TX 77208.

17. I am a member in good standing of the Bar of the United States District Court for the Western District of Texas and have been since my admission in July 2013.

18. The office maintaining the roll of members for the United States Court for the Western District of Texas is Executive Office of the Clerk, United States District Court for the Western District of Texas, 727 E. Cesar E. Chavez Blvd., Room A-500, San Antonio, TX 78206.

19. I am a member in good standing of the Bar of the United States Court of Appeals for the Fifth Circuit and have been since my admission in January 1991.

20. The office maintaining the roll of members for the United States Court of Appeals for the Fifth Circuit is the Clerk's Office, United States Court of Appeals for the Fifth Circuit, 600 S. Maestri Place, New Orleans, LA 70130.

21. I am a member in good standing of the Bar of the Supreme Court of the United States and have been since my admission in 1999.

22. The office maintaining the roll of members for the Supreme Court of the United States is the Clerk, Admissions Office, Supreme Court of the United States, 1 First Street, NE, Washington, D.C. 20543.

23. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me by any court in any jurisdiction.

24. I will be associated in this matter with John J. Sullivan, attorney at Hill, Rivkins, LLP's South Amboy, New Jersey office, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the United States District Court for the District of New Jersey.

25. Channel Source has requested that I be involved in its representation in this matter.

26. There is good cause for my admission *pro hac vice* in that I have particular knowledge and expertise regarding Channel Source's business and the facts and legal issues presented by this matter.

27. I have never been denied admission *pro hac vice* in any jurisdiction.

28. I will make a payment of $150.00 pursuant to L. Civ. R 101(c)(3) payable to the Clerk, U.S. District Court and will pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of this Order.

29. Plaintiff's counsel have consented to this motion and my *pro hac vice* admission.

30. Consequently, I respectfully request that the Court grant my admission *pro hac vice*.

I hereby declare under penalty of perjury, that the foregoing statements made by me are true and correct.

_____
Mark W. Romney

Dated: January 20, 2015

4